# STATE OF UTAH
OFFICE OF THE ATTORNEY GENERAL



MARK L. SHURTLEFF
ATTORNEY GENERAL

| JOHN E. SWALLOW<br>Chief Deputy | *Protecting Utah • Protecting You* | KIRK TORGENSEN<br>Chief Deputy |
|---|---|---|

September 14, 2011

The Honorable Sandra J. Feuerstein
United States District Judge
United States District Court for the
   Eastern District of New York
Alfonse M. D'Amato United States Courthouse
Federal Plaza, Room 1014
Central Islip, NY 11722

      RE:    Civil Action No. 2:11-cv-03907 - Request for Leave to File *Amicus* Memorandum

Dear Judge Feuerstein:

      On behalf of the States of Utah, Alabama, Georgia, Louisiana, New Mexico, North Dakota, Oklahoma, and West Virginia ("*Amici* States"), I write to respectfully request that the Court consider *Amici* States' Motion for Leave to File the proposed *Amicus* Memorandum in Support of Plaintiff AT&T Mobility LLC's Motion for a Preliminary Injunction in the matter referenced above, a copy of which is attached to this letter, along with *Amici* States' Motion for Leave to File as *Amici Curiae* and Memorandum in Support.

      *Amici* States also seek leave to file the Motion and proposed Memorandum conventionally, in accordance with local rules. *Amici* States have provided a copy of this letter and the related filings to counsel for plaintiff and defendants.

---

UTAH STATE CAPITOL • 350 NORTH STATE STREET, SUITE 230 • P.O. BOX 142320 • SALT LAKE CITY, UTAH 84114-2320
TELEPHONE: (801) 538-9600 • FAX: (801) 538-1121

Thank you for your consideration.

> Respectfully,
>
> MARK L. SHURTLEFF
> Attorney General of Utah
> P.O. Box 142320
> Salt Lake City, UT 84114
> (801) 538-9600

Enclosures

cc:  Anthony J. Diana
Mayer, Brown & Platt
1675 Broadway
New York, NY 10019
*Counsel for Plaintiff*

Joseph Ignatius Marchese
Bursor & Fisher, P.A.
369 Lexington Avenue
10th Floor
New York, NY 10017
*Counsel for Defendants*

2