IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER HIDALGO, CHRISTOPHER MARLBOROUGH, and HELEN LUCIANO,<br><br>Defendants. | Case No. 2:11-cv-03907-SJF-AKT<br><br>SUPPLEMENTAL DECLARATION OF KEVIN RANLETT |

I, Kevin Ranlett, hereby declare as follows:

1. I am an attorney with the law firm Mayer Brown LLP.

2. The following facts are of my own personal knowledge, and if called as a witness, I could and would testify competently as to their truth.

3. In my earlier declaration in this case (at ¶ 19), I provided the number of materially identical Demands for Arbitration that defendants' counsel had filed against AT&T Mobility LLC ("ATTM") and AT&T Inc. as of September 2, 2011. As of September 22, 2011, a total of 1,132 Demands have been filed.

4. As of September 22, 2011, the American Arbitration Association has accepted 24 Demands for arbitration. In the other 1,108 cases, the filing fee has not been paid.

5. On September 6, 2011, two of the 1,108 claimants whose Demands have not been accepted for administration commenced a new action in the U.S. District Court for the Northern District of California, captioned *Schroeder v. AT&T Mobility LLC*, No. 3:11-cv-04412-CRB (N.D. Cal.), in order to petition the court for an order directing ATTM to pay the filing fees and

other arbitration costs for their Demands. A true and correct copy of the Petition (without exhibits) is attached as Exhibit 1.

6. A true and correct copy of the Stipulated Scheduling and Case-Management Order, entered in *United States v. AT&T Inc.*, No. 1:11-cv-01560-ESH (D.D.C. Sept. 23, 2011), is attached as Exhibit 2.

7. A true and correct copy of the Order Granting Motion for Preliminary Injunction, entered in *AT&T Mobility LLC v. Bushman*, No. 11-80922-CIV-RYSKAMP/VITUNAC (S.D. Fla. Sept. 23, 2011), is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 26, 2011, at Washington, D.C.

/s/ Kevin Ranlett