IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>JAVIER HIDALGO, CHRISTOPHER MARLBOROUGH, and HELEN LUCIANO,<br><br>        Defendants. | Civil Action No. 2:11-cv-03907-SJF-AKT |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVER-LENGTH MEMORANDUM OF LAW IN OPPOSITION TO AT&T MOBILITY LLC'S MOTION FOR PRELIMINARY INJUNCTION**

  Defendants Javier Hidalgo, Christopher Marlborough and Helen Luciano ("Defendants") respectfully request leave from the Court to file an over-length Memorandum of Law in Opposition to AT&T Mobility LLC's Motion for a Preliminary Injunction.  A copy of Defendants' Memorandum, which totals 35 pages, is attached as Exhibit 1.  Plaintiff does not oppose Defendants' request for relief from the default page limit.  Plaintiff has already filed a similar motion in this case, which the Court granted on September 26, 2011.  A copy of Plaintiff's Unopposed Motion for Leave to File an Over-Length Memorandum of Law in Support of AT&T's Motion for a Preliminary Injunction is attached as Exhibit 2.

  Defendants require additional pages beyond the default twenty-page limit because of the

importance of the issues underlying its motion. Defendants are among 1109 AT&T customers who, represented by the same counsel, have each filed separate arbitrations that are each aimed at enjoining and/or remedying the potentially devastating effects of the $39 billion merger between AT&T Mobility LLC and T-Mobile USA.

As Defendants explained in their motion to compel arbitration, these arbitrations provide the only method allowed under the consumer arbitration agreement between AT&T and Defendants for an individual to seek injunctive relief and other alternative remedies. In view of the potential stakes of each of these arbitrations—which involve a $39 billion merger and are proceeding without the participation of T-Mobile, millions of affected AT&T and T-Mobile customers, competitors, and other interested parties—thorough and comprehensive briefing is warranted.

WHEREFORE, Defendants respectfully request that this Court grant Defendants' leave to file the attached over-length Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction.

Dated: September 26, 2011               Respectfully submitted,

                                        BURSOR & FISHER, P.A.

                                        By: _____
                                              Scott A. Bursor

                                        Scott A. Bursor (SB1141)
                                        Joseph I. Marchese (JM1976)
                                        369 Lexington Ave, 10th Floor
                                        New York, NY 10017-6506
                                        Telephone: (212) 989-9113
                                        Facsimile: (212) 989-9163
                                        Email:  scott@bursor.com
                                                jmarchese@bursor.com

2

                       FARUQI & FARUQI LLP
                       Nadeem Faruqi
                       Antonio Vozzolo
                       369 Lexington Ave, 10th Floor
                       New York, NY 10017
                       Telephone: (212) 983-9330
                       Facsimile: (212) 441-2374
                       Email:  nfaruqi@faruqilaw.com
                                avozzolo@faruqilaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Scott A. Bursor, hereby certify that this motion and related documents were electronically filed and served on all counsel via the Court's ECF system.

                                                            /s/
                                            Scott A. Bursor