## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER HIDALGO, CHRISTOPHER MARLBOROUGH, and HELEN LUCIANO,<br><br>　　　　　Defendants. | Case No. 2:11-cv-03907-SJF-AKT<br><br><br>**REPLY DECLARATION OF KEVIN RANLETT** |

## DECLARATION OF KEVIN RANLETT

I, Kevin Ranlett, hereby declare as follows:

1.　　I am an attorney with the law firm Mayer Brown LLP.

2.　　The following facts are of my own personal knowledge, and if called as a witness, I could and would testify competently as to their truth.

3.　　Attached to this Declaration as Exhibit A is a true and correct copy of Judge Kenneth L. Ryskamp's Order Granting Motion for Preliminary Injunction in *AT&T Mobility LLC v. Bushman*, No. 11-cv-80922 (S.D. Fla.).

4.　　Attached to this Declaration as Exhibit B is a true and correct copy of the transcript of the September 15, 2011, hearing in *AT&T Mobility LLC v. Bushman*, No. 11-cv-80922 (S.D. Fla.).

5.　　Attached to this Declaration as Exhibit C is a true and correct copy of a letter from counsel for AT&T Mobility LLC to counsel for Defendants in this case, dated August 31, 2011.

6.　　Attached to this Declaration as Exhibit D is a true and correct copy of the transcript of the September 21, 2011, hearing in *United States v. AT&T, Inc.*, No. 11-ca-1560 (D.D.C.).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 6, 2011, at Washington, D.C.

_____
Kevin Ranlett