Anthony J. Diana
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
adiana@mayerbrown.com
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910

*Attorney for Plaintiff*
*AT&T Mobility LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>JAVIER HIDALGO, CHRISTOPHER MARLBOROUGH, and HELEN LUCIANO,<br><br>          Defendants. | Case No. 2:11-cv-03907-SJF-AKT<br><br>ORAL ARGUMENT REQUESTED |

**PLAINTIFF AT&T MOBILITY LLC'S NOTICE OF RULINGS**
**REGARDING PENDING MOTIONS FOR PRELIMINARY**
**INJUNCTION AND TO COMPEL ARBITRATION**

As the Court is aware, this action is one of eight lawsuits that AT&T Mobility LLC ("ATTM") has filed to obtain injunctions against a series of identical arbitrations brought by counsel for defendants, each of which seeks to enjoin the proposed merger between ATTM and T-Mobile USA, Inc.  In each action, the parties have filed the same motions:  ATTM has moved for a preliminary injunction of the arbitrations, and the defendants have moved to compel arbitration of ATTM's challenge to the arbitrability of the defendants' Demands for Arbitration.

1

Earlier today, two federal courts resolved the pending motions. In the order attached as Exhibit 1, Judge Legrome D. Davis of the Eastern District of Pennsylvania issued a preliminary injunction barring the defendant from "arbitrating the claims set forth in her arbitration demand" and denied her motion to compel arbitration. Order at 2, *AT&T Mobility LLC v. Smith*, No. 2:11-cv-05157-LDD (E.D. Pa. Oct. 7, 2011). In the order attached as Exhibit 2, Judge P. Kevin Castel of the Southern District of New York agreed that the five defendants' demands cannot be arbitrated under ATTM's provision: "As the only relief sought by the individual defendants is relief that is foreclosed by the language of the arbitration provision, the demand for arbitration is beyond the scope of disputes that the parties have agreed to arbitrate." Mem. and Order at 7, *AT&T Mobility LLC v. Gonnello*, No. 1:11-cv-056336-PKC (S.D.N.Y. Oct. 7, 2011). Judge Castel therefore denied the defendants' motion to compel arbitration and concluded that his ruling mooted the need to resolve ATTM's preliminary injunction motion. *Id.* at 8.

Dated: October 7, 2011

By: /s/
Anthony J. Diana
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorney for Plaintiff*
*AT&T Mobility LLC*

*Of counsel*
Andrew J. Pincus
Evan M. Tager
Archis A. Parasharami
Kevin Ranlett
MAYER BROWN LLP
1999 K Street, N.W.

2

3

Washington, DC 20006
Telephone: (202) 263-3217
Facsimile: (202) 263-5217

3