IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER HIDALGO, CHRISTOPHER MARLBOROUGH and HELEN LUCIANO,<br><br>　　　　　　Defendants. | 11-cv-3907-SJF-AKT<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Archis Parasharami of the law firm Mayer Brown LLP, hereby appear as counsel for plaintiff AT&T Mobility LLC in the above-captioned case.

Dated:　October 10, 2011

　　　　　　　　　　　　　　　　　　　　　　By: ___/s/_____
　　　　　　　　　　　　　　　　　　　　　　Archis A. Parasharami
　　　　　　　　　　　　　　　　　　　　　　MAYER BROWN LLP
　　　　　　　　　　　　　　　　　　　　　　1999 K Street NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 263-3328
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 263-5328
　　　　　　　　　　　　　　　　　　　　　　aparasharami@mayerbrown.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff AT&T Mobility LLC*