| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |

BEFORE:   A. KATHLEEN TOMLINSON                    DATE:   10/31/11
          U.S. MAGISTRATE JUDGE                    TIME:   2:30 PM

**AT&T Mobility, LLC -v- Hidalgo, et al., CV-11-3907 (SJF) (AKT)**

TYPE OF CONFERENCE:   **PRELIMINARY INJUNCTION HEARING**

APPEARANCES:   Plaintiff   Evan M. Tager
                           Archis A. Parasharami

               Defendant   Scott A. Bursor
                           Joseph I. Marchese

THE FOLLOWING RULINGS WERE MADE:

      The Court heard oral argument today on (1) Defendants' motion to compel arbitration [DE 5] and (2) Plaintiff's motion for a preliminary injunction [DE 10]. Hon. Sandra Feuerstein previously referred these motions to me for a Report and Recommendation by Electronic Orders dated September 12, 2011 and September 23, 2011 respectively.

      After reviewing all of the paper submissions (which were catalogued in the record of today's proceedings), and having heard oral argument from counsel today, I informed counsel on the record that I am recommending to Judge Feuerstein that the preliminary injunction be GRANTED and that the motion to compel arbitration be DENIED. A written decision containing the Court's determination and setting forth the reasons for such action will follow.

      The 14-day period for the parties' to file objections pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule 72 of the Federal Rules of Civil Procedure shall not begin to run until the written decision is issued.

      SO ORDERED

      /s/ A. Kathleen Tomlinson
      A. KATHLEEN TOMLINSON
      U.S. Magistrate Judge